STATE OF NEW JERSEY v. EDWARD WALTER McDOWNEY.

December 1, 1970. Petition for certification denied.

JACQUELINE L. SHEA *ET AL.* v. JOHN H. KIZZIAR.

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. GERMAN CAMACHO.

December 1, 1970. Petition for certification denied.

CHEVRON OIL CO. v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF UNION *ET AL.*

December 1, 1970. Petition for certification denied.

GENERAL INVESTMENT CORP. *v.* ANTHONY V. ANGELINI *ET AL.*

December 1, 1970. Petition for certification granted.